IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WILLIE JEROME SMITH-PARKER,**

                **Petitioner,**

      v.                                          **CASE NO. 25-3095-JWL**

**TOMMY WILLIAMS,**

                **Respondent.**

## MEMORANDUM AND ORDER

      This matter is a pro se petition for writ of habeas corpus filed by Petitioner and state prisoner Willie Jerome Smith-Parker. On August 11, 2025, the Court granted Petitioner's motion to amend his petition, allowing him to and including September 22, 2025 in which to file an amended petition. (Doc. 23.) On September 21, 2025, Petitioner filed a status report advising the Court that on September 11, 2025, he was transferred from El Dorado Correctional Facility to Hutchinson Correctional Facility and, as of the date of the status report, he had not yet received his property. (Doc. 26.) Petitioner explains that this left him unable to complete his amended petition by the September 22, 2025 deadline. *Id.* Petitioner further states that he has no estimated time for the arrival of his property and he will await the Court's instruction. *Id.*

      The Court will liberally construe this pro se status report as a motion for extension of time in which to file the amended petition and will grant the motion. Petitioner will be granted to and including October 23, 2025 in which to file his amended petition in this matter.

      Additionally, the proper respondent in a federal habeas action by a state prisoner is the person who has custody over the petitioner. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("[I]n habeas challenges to present physical confinement . . . the default rule is that the proper

1

respondent is the warden of the facility where the prisoner is being held."). Thus, due to Petitioner's transfer between Kansas correctional facilities, Dan Schnurr, the current warden of Hutchinson Correctional Facility, where Petitioner is now confined, will be substituted as Respondent in this matter pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts and Federal Rules of Civil Procedure 25(d) and 81(a)(4).

**IT IS THEREFORE ORDERED** that Petitioner's status report (Doc. 26) is liberally construed as a motion for extension of time to file an amended petition and is **granted**. Petitioner is granted to and including **October 23, 2025**, in which to file his amended petition.

**IT IS FURTHER ORDERED** that Dan Schnurr, Warden of Hutchinson Correctional Facility, where Petitioner is confined, is substituted as Respondent in this matter.

**IT IS SO ORDERED.**

DATED:   This 23rd day of September, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
