IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WILLIE JEROME SMITH-PARKER,**

Petitioner,

v.   CASE NO. 25-3095-JWL

**DAN SCHNURR,**

Respondent.

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner Willie Jerome Smith-Parker, a state prisoner incarcerated at Hutchinson Correctional Facility in Hutchinson, Kansas. It comes now before the Court on the third amended petition (Doc. 37), which is discussed in greater detail below. It also comes before the Court on a document Petitioner filed that is titled "Proof of Attempt to File Appeal," (Doc. 38) which appears to be in response to a portion of this Court's November 5, 2025 memorandum and order ("M&O").

While reciting the procedural history of this case, the M&O noted Petitioner's assertion that he had filed a notice of appeal from the August 2024 denial of his second K.S.A. 60-1507 motion but had not "heard back from the courts." (Doc. 32, p. 3.) In a footnote, the Court explained: "As of the date of this order, the publicly available records of the Saline County District Court do not reflect that a notice of appeal was ever received by the district court." *Id.* at 3 n.1 (citation omitted). Petitioner now has submitted to this Court a copy of a notice of appeal that certifies that it was placed into the mail on August 15, 2024. (Doc. 38, p. 3.)

But the case number on this notice of appeal is "2020 CV 165," which is the number assigned to Petitioner's *first* K.S.A. 60-1507 motion, which was filed in 2020 and denied in March 2023. *See* Kansas Judicial Branch CaseSearch[1], Saline County Case No. 2020-CV-000165.

---

[1] The Kansas Judicial Branch CaseSearch, located at casesearch.kscourts.gov, appears to have replaced the Kansas District Court Public Access Portal as the location for public access to Kansas district court case records.

Petitioner timely appealed the denial, but the Kansas Court of Appeals affirmed the denial and, in March 2025, the Kansas Supreme Court denied review. Petitioner's *second* K.S.A. 60-1507 motion was filed on July 26, 2024 and the state district court assigned it case number SA-2024-CV-000165. *See* Kansas Judicial Branch CaseSearch, Case No. SA-2024-CV-000165.

In any event, despite Petitioner's filing with this Court, the publicly available records of case number SA-2024-CV-000165 do not reflect that the state district court received a notice of appeal for filing in that case. Whether Petitioner is now able to pursue an appeal of the ruling in case number SA-2024-CV-000165 is a question that must be determined by the state courts under state law. For its part, this Court must proceed on the information now before it in this federal habeas action and it will take no further action on Petitioner's "Proof of Attempt to File Appeal." (Doc. 38.)

The Court has conducted an initial review of the operative third amended petition (Doc. 37) under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and finds that:

1. Petitioner is presently a prisoner in the custody of the State of Kansas; and
2. Petitioner demands his release from such custody, and as grounds therefore alleges that he is being deprived of his liberty in violation of his rights under the Constitution of the United States, and he claims that he has exhausted all remedies afforded by the courts of the State of Kansas.

**IT IS THEREFORE ORDERED**

1. That pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent shall file an answer on or before **February 5, 2026** showing why the writ should not be granted based on the arguments in the third amended petition (Doc. 37).
2. That the answer should present:
    a. The necessity for an evidentiary hearing on the grounds alleged in Petitioner's pleading;

    b. Whether any argument therein is barred by a statute of limitations, the failure to exhaust state remedies, or any other procedural bar; and

    c. An analysis of the asserted grounds for relief and any cases and supporting documents relied upon by Respondent in opposition to the same.

Respondent shall cause to be forwarded to this Court for examination and review the records and transcripts, if available, of the criminal proceedings complained of by Petitioner. If a direct appeal of the judgment and sentence of the trial court was taken by Petitioner, Respondent shall furnish the records, or copies thereof, of the appeal proceedings and any subsequent postconviction proceedings.

3. That upon the termination of the proceedings herein, the clerk of this Court will return to the clerk of the proper state court all state court records and transcripts.

4. That Petitioner be granted to and including **March 5, 2026** to file a traverse—or reply—to the answer, admitting or denying, under oath, all factual allegations therein contained.

5. That the clerk of this Court then return this file to the undersigned for such other and further proceedings as may be appropriate; and that the clerk of this Court transmit copies of this order to Petitioner and to the office of the Attorney General for the State of Kansas.

**IT IS SO ORDERED.**

DATED:   This 5th day of December, 2025, at Kansas City, Kansas.

                                            S/ John W. Lungstrum
                                            JOHN W. LUNGSTRUM
                                            United States District Judge